

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 13, 2015

**BY CM/ECF**

Honorable Colleen McMahon
United States District Judge
Southern District of New York
New York, New York 10007

    Re:    *United States v. Henry Yau*, **23 Cr. 572 (CM)**

Dear Judge McMahon:

    Please find enclosed for the Court's consideration a proposed protective order in the above-referenced matter. Courts have routinely relied on Rule 16(d)(1) to limit discovery in situations where the disclosure of certain discovery beyond the defendant and his counsel could have harmful consequences. *See United States v. Aref*, 533 F.3d 72, 78 (2d Cir. 2008) (protective order for classified information); *United States v. Smith*, 985 F. Supp. 2d 506, 530-35 (S.D.N.Y. 2013) (protective order for information that might impede ongoing investigations); *United States v. Figueras*, 2009 WL 1364640, at *1-2 (W.D.N.Y. May 19, 2009) (protective order for identity of confidential informants); *United States v. Luchko*, 2007 WL 1651139, at *7 (E.D. Pa. June 6, 2007) (protective order entered because of, among other reasons, the personal privacy interests of third parties). In this case, the Government anticipates that the discovery materials will include, among other things: (1) evidence and law enforcement reports relating to an ongoing investigation that may refer to victims, witnesses, and or fugitives; (2) bank records and financial records containing personal identifying information for victims and third parties; and (3) other materials that affect the privacy and confidentiality of the defendants and third parties. For this reason, the Government believes that the enclosed narrowly tailored Protective Order is appropriate. The enclosed Protective Order has already been executed by counsel for the defendant.

                                      Respectfully submitted,

                                      EDWARD Y. KIM
                                    Acting United States Attorney

                      By:   /s/ Andrew K. Chan
                          Andrew K. Chan / James Ligtenberg
                          Ni Qian
                          Assistant United States Attorneys
                          Tel: (212) 637-1072 / 2665 / 2364

cc: Counsel for Defendant Henry Yau