GRANGER & ASSOCIATES LLC

RAYMOND R. GRANGER
HOWARD B. ZAKAI
KEITH O'DONNELL

40 FULTON STREET
17TH FLOOR
NEW YORK, NEW YORK 10038

TEL: (212) 732-7000
FAX: (212) 732-7001

OF COUNSEL:
EMILY C. GOLUB

MATTHEW D. JURY
MCCUE JURY & PARTNERS
LONDON, U.K.

November 16, 2026

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: U.S. v. Henry Yau, Docket No. S8 23 Cr. 572 (CM)

Dear Judge McMahon:

I write to notify the Court that today Defendant Henry Yau made a partial restitution payment of $125,000. A copy of the receipt is attached. Mr. Yau expects to pay the balance of his restitution as well as his full forfeiture amount within two weeks of his sentencing, which is scheduled for this Wednesday.

Very truly yours,

Raymond R. Granger

cc: AUSA Andrew Chan
AUSA Ni Qian
AUSA James Ligtenberg
USPSO Meherun Meyer

# U.S. District Court

## New York Southern - Manhattan

**THIS IS A COPY**

Receipt Date: Nov 16, 2026 3:43PM

HENRY YAU

Rcpt. No: 53206 Trans. Date: Nov 16, 2026 3:43PM Cashier ID: #NL (7763)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DNYS123CR000572 /005<br>HENRY YAU | 1 | 125000.00 | 125000.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #04422 | 11/16/2026 | $125,000.00 |
| | | | Total Due Prior to Payment: | $125,000.00 |
| | | | Total Tendered: | $125,000.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.